401 A.2d 571

**Louis R. NAIR and Anna J. Nair, his wife, Appellants,**

**v.**

**Helen E. PYLE, Mazie C. Bryan, Eleanor G. Morris, the Indian Creek Valley Railway Company, a Pennsylvania Corporation, and James Nedrow Mathews.**

Superior Court of Pennsylvania.

Argued April 11, 1978.

Decided April 12, 1979.

Zeno Fritz, Pittsburgh, for appellants.

Edward C. Schmidt, Pittsburgh, for appellees Helen E. Pyle, Mazie C. Bryan, Eleanor G. Morris and James Nedrow Mathews.

No appearance entered nor brief filed for appellee Indian Creek Valley Railway Company.

Before JACOBS, President Judge, and HOFFMAN, CER-CONE, PRICE, VAN der VOORT, SPAETH and HESTER, JJ.

PER CURIAM:

On July 12, 1978, we remanded, 259 Pa.Super. 632, 393 A.2d 1295, this matter to the court below for the filing of an opinion. Such opinion was filed on October 12, 1978, and returned to us pursuant to our remand. That opinion confesses error. We agree.

The order of the court below entered on November 19, 1976, is reversed and the matter remanded for proceedings in conformance with the opinion of the court below filed October 12, 1978.

JACOBS, former President Judge, and HOFFMAN, J., did not participate in the consideration or decision of this case.